BRENDA TAVIANI WIFE OF/AND
FLORIANO TAVIANI

VERSUS

AKROM, INC. AND ACCIDENT
INSURANCE COMPANY

NO. 22-CA-475

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

May 22, 2023

Susan Buchholz
Chief Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and John J. Molaison, Jr.

**<u>DENIED WITHOUT REASONS</u>**

**JJM**
**SMC**
**FHW**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **05/22/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-CA-475**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (District Judge)

Allison K. Nestor (Appellant)
Albert J. Nicaud (Appellee)

Christian W. Helmke (Appellant)
Jeffrey M. Siemssen (Appellee)

Leonard L. Levenson (Appellant)

### MAILED

Bret D. Guepet, Jr. (Appellee)
Attorney at Law
3000 18th Street
Metairie, LA 70002

Colleen B. Gannon (Appellant)
Donna R. Barrios (Appellant)
Attorneys at Law
650 Poydras Street
Suite 2750
New Orleans, LA 70130

Will C. Griffin (Appellee)
Attorney at Law
Griffin & Bivalacqua LLC
650 Poydras Street
Suite 2615
New Orleans, LA 70130